UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| JES CRISTE,<br><br>    Plaintiff,<br><br>vs.<br><br>SHERIFF ANDERSON, Marion County Sheriff, et al.,<br><br>    Defendants. | 1:06-cv-1730-SEB-JMS |

**JUDGMENT**

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that this cause of action is **dismissed pursuant to 28 U.S.C. § 1915A(b).**

Date: 06/25/2007

*Sarah Evans Barker*

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Jes Criste
#37229-048
FCI Butner
P. O. Box 1000
Butner, NC   27509